# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JEREMY DAVIS WING,<br><br>Defendant. | CR-19-27-GF-BMM<br><br><br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 10, 2021. (Doc. 124.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 9, 2021. (Doc. 117.) The United States accused Wing of violating his conditions of supervised release by failing to comply with the rules and regulations of the Great Falls Residential Re-Entry Center. (Doc. 114.)

At the revocation hearing, Wing admitted that he had violated the conditions of his supervised  by failing to comply with the rules and regulations of the Great Falls Residential Re-Entry Center. (Doc. 117.)  Judge Johnston found that the violations Wing admitted proved to be serious and warranted revocation, and recommended that Wing receive a custodial sentence of 6 months, with 18 months of supervised release to follow. (Doc 124.) Welch was advised of his right to appeal and his right to allocute before the undersigned.  (Doc. 117.)  The violations prove serious and warrant revocation of Wing's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 124 ) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Jeremy Davis Wing be sentenced to the custody of the United States Bureau of Prisons for 6 months, with 18 months supervised release to follow. Wing will be subject to the same conditions of supervised release previously imposed, with the exception that Wing should not be required to reside in a residential re-entry center.

DATED this 2nd  day of March, 2021.

Brian Morris, Chief District Judge
United States District Court